**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Katie L. Cunningham v. Metra    Case Number: 1:23-CV-14285

An appearance is hereby filed by the undersigned as attorney for:
Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra

Attorney name (type or print):  Dylan Shiver

Firm:    Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra

Street address:    547 West Jackson Blvd., 15th Floor

City/State/Zip:    Chicago, IL 60661

Bar ID Number: 6328636                    Telephone Number:    312-322-6627
(See item 3 in instructions)

Email Address: dshiver@metrarr.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 20, 2023

Attorney signature:    S/ Dylan Shiver_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023