UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATIE CUNNINGHAM,<br><br>Plaintiff<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER<br>RAILROAD CORPORATION<br>D/B/A METRA,<br><br>Defendant | Case No.: 23-cv-14285<br><br>Judge John F. Kness |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

NOW COMES Defendant Northeast Illinois Regional Commuter Railroad Corporation d/b/a METRA ("METRA"), by and through its counsel, Koehler Dinkel LLC, and hereby moves to dismiss Plaintiff's Third Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Defendant METRA submits a Memorandum of Law in support of its Motion to Dismiss, filed simultaneously herewith.

Dated: January 13, 2025.

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION D/B/A METRA**

By: */s/ Renee L. Koehler*
Renee L. Koehler
KOEHLER DINKEL LLC
900 South Frontage Road, Suite 300
Woodridge, Illinois 60517
Telephone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2025, she electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    James T. Foley
    Foley Law Group, LLC
    580 Oakmont Lane
    Westmont, Illinois 60559
    Telephone: (630) 908-3508
    Email: jfoley@foleylawgroup.com

    By:    */s/ Renee L. Koehler*
            Renee L. Koehler
            KOEHLER DINKEL LLC
            900 South Frontage Road, Suite 300
            Woodridge, Illinois 60517
            Telephone: (630) 505-9939
            Email: rkoehler@kdllclaw.com