# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Katie L Cunningham

                        Plaintiff,

v.                                        Case No.: 1:23−cv−14285
                                                Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable John F. Kness: Defendant's Motion to Dismiss remains under advisement. At the Court's initiative, the hearing scheduled for 5/8/2025 is rescheduled for 6/25/2025 at 9:30 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.