# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Katie L Cunningham

                      Plaintiff,

v.                                                      Case No.: 1:23–cv–14285
                                                              Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 8/21/2025. For the reasons discussed on the record, Defendant's motion to dismiss [41] is denied as to Count 1 and granted as to Count 2. The case will proceed on Count 1 of the Complaint. Defendant's answer shall be filed on or before 9/2/2025. The parties are directed to meet and confer on a proposed scheduling order. The Court asks that the Executive Committee refer this case to Magistrate Judge Fuentes for discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Any deadlines previously set by this Court are to stand unless modified by Judge Fuentes. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.