**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Katie L Cunningham

                    Plaintiff,

v.                                   Case No.: 1:23−cv−14285
                                                      Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                    Defendant.


## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Mailed notice. (exr, )


Dated: August 21, 2025

                                                                                /s/ John F. Kness

                                                                    United States District Judge