UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Katie L Cunningham
                                          Plaintiff,

v.                                                   Case No.: 1:23−cv−14285
                                                      Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral for discovery supervision and settlement (doc. # 51), the Court sets an initial status hearing for the 9 a.m. status call on 9/3/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. Before the hearing, the parties are directed to confer under Rule 26(f) and file a joint Rule 26(f) report by noon on 9/2/25 with an agreed or contested discovery schedule. That report should also include whether any expert discovery is contemplated and whether the parties have any mutual interest in settlement. The parties are further to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes, and its advisory Appendix, available on the Court's website. If the parties at any time decide they wish to engage in a settlement conference, they may contact the courtroom deputy, Lauren Knight, at 312−818−6514.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.