## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Katie L Cunningham

                              Plaintiff,

v.                                 Case No.: 1:23−cv−14285
                                          Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: An unexpected scheduling issue has required the Court to postpone the 9/3/25 motion call, including the initial status in this matter, to 9 a.m. on 9/10/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. The Court regrets any inconvenience. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.