**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Katie L Cunningham

                Plaintiff,

v.                                      Case No.: 1:23–cv–14285
                                            Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2025:

        MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has reviewed the parties' status report (doc. #[55]) and sets the discovery schedule as follows: Rule 26(a)(1) disclosures to be issued on or before 10/31/25; Initial written discovery to be issued by 11/30/25; Close of fact discovery by 4/30/26. With no expert discovery anticipated at this time, an expert schedule will not be set except on motion by any party 30 days before the close of fact discovery. A further joint written status report is due by noon on 12/15/25 concerning discovery progress and settlement status. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.