IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATIE L. CUNNINGHAM,<br>    Plaintiff<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL<br>COMMUTER RAILROAD CORP.,<br>    Defendant. | Case No. 23-cv-14285<br><br>Magistrate Judge Gabriel A. Fuentes |

## STATUS REPORT

Katie Cunningham ("Plaintiff") and Northeast Illinois Regional Commuter Railroad Corp. ("METRA" or "Defendant) (together, "Parties"), by and through their undersigned attorneys, submits this Status Report pursuant to the Court's September 4, 2025, Docket Entry (ECF no. 57), which directs the parties to file a written joint status report concerning discovery progress and settlement status by December 15, 2025.

### I.  Discovery Progress

Pursuant to the Court's schedule, Rule 26(a)(1) initial disclosures were due on October 31, 2025, and initial written discovery to be issued on November 30, 2025. The parties served their initial disclosures. METRA issued Plaintiff written discovery on November 26, 2025, and served a notice of Plaintiff's deposition. Responses to METRA's written discovery are not yet due.

To date, Plaintiff has not served any written discovery. METRA is working with Plaintiff for more complete initial disclosures pursuant to Rule 26(a)(1) and anticipates Plaintiff's supplemental information. METRA is not aware of any issues requiring the Court's intervention at this time. Fact discovery is set to close on April 30, 2026.

### II.  Settlement Status

The parties engaged in settlement discussions prior to the issuance of discovery; however, no progress has been made. At this time, the parties do not jointly request a settlement conference.

### III.  Other Matters

The Parties do not have any additional matters at this time to bring to the Court's attention for scheduling purposes.

| | |
|---|---|
| **Date:** December 15, 2025 | Respectfully submitted, |
| | **KATIE CUNNINGHAM AND METRA** |
| *For Plaintiff:* | *For Defendant:* |
| */s/ James Foley* | */s/ Renée L. Koehler* |
| James T. Foley | Renée L. Koehler |
| FOLEY LAW GROUP, LLC | KOEHLER DINKEL LLC |
| 580 Oakmont Lane | 900 South Frontage Road, Suite 300 |
| Westmont, Illinois 60559 | Woodridge, Illinois 60517 |
| Phone: (630) 908-3508 | Phone: (630) 505-9939 |
| Email: jfoley@foleylawgroup.com | Email:rkoehler@kdllclaw.com |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on December 15, 2025, she caused to be filed electronically the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James T. Foley
FOLEY LAW GROUP, LLC
580 Oakmont Lane
Westmont, Illinois 60559
Phone: (630) 908-3508
Email: jfoley@foleylawgroup.com

By: */s/* Renée L. Koehler
Renée L. Koehler
KOEHLER DINKEL LLC
900 South Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com