UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Katie L Cunningham

    Plaintiff,

v.    Case No.: 1:23−cv−14285
    Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint status report (doc. #[59]), the 4/30/26 cutoff for fact discovery (and all discovery, as no expert discovery is contemplated) stands, the parties are encouraged to get written discovery moving to the extent they have not already, and the next joint report on settlement status and discovery progress is due at noon on 3/9/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.