**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATIE L. CUNNINGHAM,<br>    Plaintiff<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL<br>COMMUTER RAILROAD CORP.,<br>    Defendant. | Case No. 23-cv-14285<br><br>Magistrate Judge Gabriel A. Fuentes |

**STATUS REPORT**

Katie Cunningham ("Plaintiff") and Northeast Illinois Regional Commuter Railroad Corp. ("METRA" or "Defendant") (together, "Parties"), by and through their undersigned attorneys, submits this Status Report pursuant to the Court's December 15, 2025, Docket Entry (ECF no. 60), which directs the parties to file a written joint status report concerning discovery progress and settlement status by noon on March 9, 2026.

**I.      Settlement Status**

The parties have settled this matter and are working to finalize the documents, which should be completed within 60 days.

**II.      Other Matters**

At this time, the Parties do not have any additional matters to bring to the Court's attention for scheduling purposes.

**Date:** March 9, 2026

Respectfully submitted,
**KATIE CUNNINGHAM AND METRA**

*For Plaintiff:*
/s/James T. Foley
James T. Foley
FOLEY LAW GROUP, LLC
580 Oakmont Lane
Westmont, Illinois 60559
Phone: (630) 908-3508
Email: jfoley@foleylawgroup.com

*For Defendant:*
/s/ Renée L.Koehler
Renée L. Koehler
KOEHLER DINKEL LLC
900 South Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email:rkoehler@kdllclaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2026, she caused to be filed electronically the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James T. Foley
FOLEY LAW GROUP, LLC
580 Oakmont Lane
Westmont, Illinois 60559
Phone: (630) 908-3508
Email: jfoley@foleylawgroup.com

By:     /s/ Renée L. Koehler
        Renée L. Koehler
        KOEHLER DINKEL LLC
        900 South Frontage Road, Suite 300
        Woodridge, Illinois 60517
        Phone: (630) 505-9939
        Email: rkoehler@kdllclaw.com