## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Katie L Cunningham

                          Plaintiff,

v.                                                       Case No.: 1:23–cv–14285
                                                           Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint status report (doc. #[62]) stating that the parties have settled this matter, a joint status report on settlement finalization is due by noon on 5/8/26, but that requirement will be vacated if a stipulation to dismiss is on file by then. Mailed notice. (jn,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.