## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Katie L Cunningham

                              Plaintiff,

v.                                                         Case No.: 1:23−cv−14285
                                                                       Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' report [62] noting that they are finalizing a settlement agreement. Based on this update, an in−person status hearing is set for 5/20/2026 at 9:45 A.M. before Judge Kness; that hearing will be stricken if a stipulation of dismissal is filed in advance. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.