# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Katie L Cunningham

                              Plaintiff,

v.                                                       Case No.: 1:23−cv−14285

                                                                    Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With settlement finalization firmly in the district court's able hands (doc. #[64]), all dates before the magistrate judge are stricken, and the referral is terminated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.