**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATIE L. CUNNINGHAM,                     )
                                         )
                        Plaintiff,       )
                                         )        No.:    1;23-CV-14285
                                         )
V.                                       )        Judge:  John F. Kness
                                         )
NORTHEAST ILLINOIS REGIONAL              )        Trial by Jury Demanded
COMMUTER RAILROAD, d/b/a ,METRA )
                                         )
                        Defendant.       )

<u>**STATUS REPORT**</u>

Plaintiff, KATIE L. CUNNINGHAM, by and through her attorneys Foley Law Group, LLC. and James A. Ebert, LLC., submit the following status report:

**I.        Settlement Status**

As the Parties set forth in the Status Report filed on March 09, 2026 an agreement has been reached among the parties to settle the matter. On April 17, 2026 Defendant METRA provided the Plaintiff with a nine page "Confidential Settlement and Release Agreement" containing the specific provisions of the agreement.

Contained in the Release is reference to a lien from the Railroad Retirement Board (RRB) which constitutes a significant portion of the agreement. Plaintiff was unaware of an RRB lien and is questioning the nature of the RRB lien. In an attempt to gain clarification of the lien, Plaintiff's counsel is seeking information from the RRB as to the nature of the lien. That matter has not yet been resolved, and as a result, Plaintiff has not yet signed the agreement. Plaintiff's reluctance in signing the Release at this point is not necessarily with the language of the Release, but with the matter of the RRB lien.

This matter is set for a Status before Judge Knees on May 20, 2026 at 9:45 am.

## II.       Other Matters

There are no additional matters to bring to the Court's attention at this time. An in-person Status Hearing before Judge Knees is scheduled for May 20, 2026.

**Date:**  May 08, 2026

                                                    Respectfully submitted,

                                                    KATIE L. CUNNINGHAM

                                    By:      s/s James T. Foley
                                             Attorney for Plaintiff

James T. Foley
Foley Law Group, LLC.
580 Oakmont Lane
Westmont, IL 60559
(630) 908-3508
jfoley@foleylawgroup.com

James A. Ebert
James A. Ebert, LLC.
1720 Mars Hills Road
Suite 120-118
Acworth, GA. 30101
(404) 872-7759

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 08, 2026 he caused to be filed electronically the foregoing Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Renee L. Koehler
KOEHLER DINKEL, LLC.
900 South Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
rkoehler@kdllclaw.com

/s/ James T. Foley
James T. Foley
Foley Law Group, LLC.
580 Oakmont Lane
Westmont, IL 60559
(630) 908-3508
jfoley@foleylawgroup.com

3