## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Katie L Cunningham

                             Plaintiff,

v.                                     Case No.: 1:23−cv−14285
                                     Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad Corp.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 5/20/2026. The parties updated the Court on the status of settlement finalization. A continued in−person status hearing set for 6/23/2026 at 9:00 A.M. That hearing will be stricken upon the filing of a stipulation of dismissal. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.