**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Katie L Cunningham

                                         Plaintiff,

v.                                         Case No.: 1:23−cv−14285
                                         Honorable John F. Kness

Northeast Illinois Regional Commuter Railroad
Corp.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 6/23/2026. The parties make an oral motion to dismiss the case under Rule 41(a)(2) of the Federal Rules of Civil Procedure. That motion is granted. This case is dismissed without prejudice. If Plaintiff does not file a motion to reinstate the case by 8/24/2026, this dismissal will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.